UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G. MEMO VERA,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>MELINDA REED,<br><br>　　　　　Respondent. | Case No.: 1:23-cv-01057-JLT-SKO (HC)<br><br>ORDER GRANTING PETITIONER'S FIRST REQUEST FOR EXTENSION OF TIME<br><br>[Doc. 6]<br><br>[THIRTY-DAY DEADLINE] |

　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On July 21, 2023, the Court issued Findings and Recommendations to dismiss the petition. (Doc. 5.) On August 14, 2023, Petitioner filed a first request for extension of time to file objections. (Doc. 6.) Good cause having been presented and good cause appearing therefor, Petitioner is GRANTED thirty (30) days from the date of service of this order to file objections.

IT IS SO ORDERED.

Dated:　**August 16, 2023**　　　　　　　　　　/s/ *Sheila K. Oberto*　　　　
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1