UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G. MEMO VERA, | Case No.: 1:23-cv-01057-JLT-SKO (HC) |
| Petitioner, | ORDER GRANTING PETITIONER'S SECOND REQUEST FOR EXTENSION OF TIME |
| v. | |
| MELINDA REED, | [Doc. 8] |
| Respondent. | [DEADLINE: October 16, 2023] |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On July 21, 2023, the Court issued Findings and Recommendations to dismiss the petition. (Doc. 5.) On September 11, 2023, Petitioner filed a second request for extension of time to file objections. (Doc. 8.) Good cause having been presented and good cause appearing therefor, Petitioner is GRANTED thirty (30) days to and including October 16, 2023, to file objections.

IT IS SO ORDERED.

Dated: **September 13, 2023**                /s/ *Sheila K. Oberto*
                                                                   UNITED STATES MAGISTRATE JUDGE

1