**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| G. MEMO VERA,<br><br>  Petitioner,<br><br>  v.<br><br>MELINDA REED,<br><br>  Respondent. | Case No.: 1:23-cv-01057 JLT SKO (HC)<br><br>ORDER DENYING MOTION TO AMEND FINDINGS<br><br>(Doc. 14) |

Petitioner G. Memo Vera is a state prisoner proceeding *pro se* and *in forma pauperis* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On October 16, 2023, the Court dismissed the petition and directed the Clerk of Court to close the case. (Doc. 11.) Judgment was entered the same date. (Doc. 12.) On November 2, 2023, Petitioner filed the instant motion to amend the findings, claiming that the Court did not consider his objections before adopting the Findings and Recommendations. (Doc. 14.) He is mistaken. Petitioner filed objections to the Magistrate Judge's Findings and Recommendations on October 11, 2023. (Doc. 10.) Apparently believing those objections were incomplete, he refiled his objections on October 16, 2023. (Doc. 13.) However, the initial objections were not incomplete. In fact, they are identical to the objections he refiled. Petitioner is advised that the Court duly considered his objections prior to adopting the Findings and Recommendations.

///

1

Accordingly, Petitioner's motion to amend is **DENIED**. The case is closed.

IT IS SO ORDERED.

Dated:   **November 8, 2023**

UNITED STATES DISTRICT JUDGE